RECEIVED
2019 DEC -9 PM 1:22
OUACHITA PARISH
CLERK OF COURT

FILED
NOV 0 ... 2019
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

FILED
DEC 0 9 2019
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

NO. _____

| | | |
|---|---|---|
| CONDREY LAND LLC AND WITTEN CONSTRUCTION LLC, | § § § § § | IN THE PARISH OF OUACHITA |
| *Plaintiff*, v. 19-3475 | § § | |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | § § § | _____ JUDICIAL DISTRICT |
| *Defendant.* | | |

**PLAINTIFFS CONDREY LAND LLC AND WITTEN CONSTRUCTION LLC'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Condrey Land LLC and Witten Construction LLC (hereinafter referred to as "Plaintiffs"), complaining of Defendant, Travelers Indemnity Company of Connecticut (hereinafter referred to as "Defendant") and hereby respectfully show unto the Court and Jury as follows:

## I.
## PARTIES AND SERVICE

1. Plaintiffs are individuals doing business in West Monroe, Louisiana.

2. Travelers Indemnity Company of Connecticut is a foreign insurance company engaging in the business of insurance in the State of Louisiana. Defendant may be served with process by serving its registered agent of service, Louisiana Secretary of State, located at the following address: 8585 Archives Ave. Baton Rouge, LA 70809.

## II.

1

EXHIBIT "A"

**JURISDICTION AND VENUE**

3. This Court has jurisdiction over the subject matter of this case in accordance with La. Const. Art. V, § 16.

4. This Court has personal jurisdiction over the Defendant in this case in accordance with LSA-C.C.P. Art. 6.

5. Venue for this case is appropriate in Ouachita Parish in accordance with LSA-C.C.P. Art. 76.

### III.
### CONDITIONS PRECEDENT

6. All conditions precedent to recovery have been performed, waived, or have occurred.

### IV.
### FACTS

7. Plaintiff, Condrey Land LLC, purchased a policy from Defendant Travelers Indemnity Company of Connecticut, (hereinafter referred to as "the Policy"), which was in effect at the time of loss.

8. The Policy was purchased to insure Plaintiff, Condrey Land LLC's property, (hereinafter referred to as "the Property"), which is located at 101 Crosley Street, West Monroe, Louisiana 71291.

9. Defendant Travelers Indemnity Company of Connecticut and/or its agent sold the Policy insuring the Property to Plaintiff, Condrey Land LLC.

2

10. Plaintiffs are "consumers" as defined under the Louisiana Deceptive Trade Practices Act ("DTPA") because they are individuals who sought or acquired by purchase or lease, goods or services, for commercial, personal or household use.

11. Plaintiff, Condrey Land LLC, experienced a severe weather-related event which caused substantial damage to the Property and surrounding homes and businesses in the area. Plaintiff, Condrey Land LLC's property sustained extensive damage during the storm including damage to the roofing system. The Property's damage constitutes a covered loss under the Policy issued by Defendant Travelers Indemnity Company of Connecticut. Plaintiff, Condrey Land LLC, subsequently opened a claim and Defendant Travelers Indemnity Company of Connecticut assigned an adjuster to adjust the claim. Defendant assigned claim number FAL4819.

12. Defendant Travelers Indemnity Company of Connecticut wrongfully underpaid Plaintiff, Condrey Land LLC's claim and refused to issue a full and fair payment for the covered loss as was rightfully owed under the Policy.

## V.
## 1ST CAUSE OF ACTION: BREACH OF CONTRACT

13. Plaintiffs incorporate paragraphs 1-12 herein.

14. At the time of the April 13, 2019 incident, Plaintiff, Condrey Land LLC, had in place a policy issued by Travelers Indemnity Company of Connecticut. The premiums were current. All conditions precedent to recovery were made. Defendant wrongfully failed to comply with the terms of the contract by failing to accept coverage and pay for a covered loss. Travelers Indemnity Company of Connecticut is therefore in breach of the contract of insurance issued to Plaintiff, Condrey Land LLC.

15. Travelers Indemnity Company of Connecticut conduct constitutes a breach of contract resulting in damages to the Plaintiff, Condrey Land LLC.

### VI.
### 2nd CAUSE OF ACTION: BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING

16. Plaintiffs incorporate paragraphs 1-12 herein.

17. Travelers Indemnity Company of Connecticut owed Plaintiff, Condrey Land LLC, a duty of good faith and fair dealing. Travelers Indemnity Company of Connecticut breached its duty when it:

    1)   Misrepresented pertinent facts or insurance policy provisions relating to coverage;

    2)   Denied coverage for a valid claim; and

    3)   Arbitrarily, capriciously, or without probable cause failed to pay the amount of the claim due to Plaintiff within sixty days after receipt of satisfactory proof of loss.

18. Plaintiffs seeks general and special damages caused by Travelers Indemnity Company of Connecticut breach of the imposed duty as well as penalties against Travelers Indemnity Company of Connecticut in an amount not to exceed two times the damages sustained.

### VII.
### 3RD CAUSE OF ACTION: PAYMENT AND ADJUSTMENT OF CLAIM

19. Plaintiffs incorporate paragraphs 1-12 herein.

20. Travelers Indemnity Company of Connecticut owes Plaintiff, Condrey Land LLC, a duty to pay the full amount of the claim within thirty days after receipt of satisfactory proof of loss in accordance with LSA-R.S. 22:1892.

21. Travelers Indemnity Company of Connecticut violated LSA-R.S. 22:1892 when it failed to pay for the engine damage sustained to Plaintiff, Condrey Land LLC's, property.

22. Travelers Indemnity Company of Connecticut is liable to Plaintiff, Condrey Land LLC, in addition to the amount of the loss, fifty percent damages on the amount found due to Plaintiff, Condrey Land LLC, as well as reasonable attorney's fees and costs.

## VIII.
## DAMAGES

23. As a direct result of Defendant's conduct, Plaintiff, Condrey Land LLC, has suffered general and special damages all of which it is entitled to recover. Plaintiff, Condrey Land LLC, is entitled to recover, in addition to the amount of the claim, two times the amount of the claim, together with reasonable attorney's fees and costs.

## IX.
## PRAYER

24. For these reasons, Plaintiffs ask that they have judgment against Defendant for their general and special damages, statutory penalties pursuant to LSA-R.S. 22:1973 and 22:1892, reasonable and necessary attorney fees, pre-judgment and post-judgment interest as allowed by law, costs of suit, and all other relief to which Plaintiffs may show itself entitled.

Respectfully submitted,

**McClenny, Moseley & Associates, PLLC**
Robert F. Killingsworth III
LA State Bar No. 38501
James M. McClenny
State Bar No. 2764142
Federal ID No. 2706476
J. Zachary Moseley
State Bar No. 24092863
Sean M. Patterson 24073546
516 Heights Boulevard

Houston, Texas 77007
Principal Office No. (713) 334-6121
Facsimile: (713) 322-5953
Robert@mmapllc.com
James@mma-pllc.com
Zach@mma-pplc.com
sean@mma-pllc.com
***Attorneys for Plaintiff***

PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY.

_____
Robert F. Killingsworth III

CERTIFIED TRUE COPY
DEC 9 2019
BY _____ DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA



OPC.CV.5869813
CE

# CITATION

**CONDREY LAND LLC, WITTEN CONSTRUCTION LLC**
**VS**

**TRAVELER'S INDEMNITY COMPANY OF CONNECTICUT**

**DOCKET NUMBER: C-20193475**
**SEC: C4**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

**EAST BATON ROUGE PARISH**

TO:

TRAVELER'S INDEMNITY COMPANY OF CONNECTICUT
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS THE
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

SERVED ON
R. KYLE ARDOIN

DEC 19 2019

SECRETARY OF STATE
COMMERCIAL DIVISION

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this DECEMBER 9, 2019.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PALINTIFF'S CONDREY LAND LLC AND WITTEN CONSTRUCTION LLC

**CHLOE ELLINGTON**

By:_____
Deputy Clerk

FILED BY: ROBERT KILLINGSWORTH#38501

_____ **ORIGINAL**

_____ **SERVICE COPY**

_____ **FILE COPY**

CERTIFIED
TRUE COPY

BY_____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

FILED

JAN 0 6 2020

KATHY STEWART
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

| | | |
|---|---|---|
| CONDREY LAND LLC AND<br>WITTEN CONSTRUCTION LLC | * | 4TH JUDICIAL DISTRICT COURT |
| | * | |
| | * | PARISH OF OUACHITA |
| VERSUS   C-20193475 | * | |
| | * | STATE OF LOUISIANA |
| TRAVELERS INDEMNITY COMPANY<br>OF CONNECTICUT | * | |
| | * | |
| JAN -3 2020 | * | |
| | * | KATHY STEWART |
| FILED:_____ | * | |
| | | DEPUTY CLERK |

### *EX PARTE* MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, through the undersigned counsel, comes defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), incorrectly identified as Travelers Indemnity Company of Connecticut, who moves for an Order extending the time within which it must file pleadings responsive to the Original Petition of Plaintiffs, Condrey Land, LLC and Witten Construction, LLC, for a period of thirty (30) days from the date of service, or until January 20, 2020, upon showing that defendant requires additional time to formulate a response. Defendant shows that it has not previously requested an extension of time to file responsive pleadings in the above matter.

Respectfully Submitted:

_____
Joseph P. Guichet, T.A., #24441
Stephen F. Butterfield, #35689
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: jguichet@lawla.com
sbutterfield@lawla.com

ATTORNEYS FOR THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT

### CERTIFICATE OF SERVICE

I hereby certify that on this the 3d day of January, 2020, a copy of the foregoing has been served upon all counsel of record in this action by U.S. Mail, postage prepaid, electronic mail or facsimile.

_____
Joseph P. Guichet
Stephen F. Butterfield

CASE ASSIGNED TO
CV. SECT. 4

FILED
JAN 0 6 2020
KATHY STEWART
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

| | | |
|---|---|---|
| CONDREY LAND LLC AND<br>WITTEN CONSTRUCTION LLC | * | 4TH JUDICIAL DISTRICT COURT |
| | * | |
| VERSUS   C-20193475 | * | PARISH OF OUACHITA |
| | * | STATE OF LOUISIANA |
| TRAVELERS INDEMNITY COMPANY<br>OF CONNECTICUT | * | |
| | * | |
| JAN -3 2020 | * | KATHY STEWART |
| FILED:_____ | * | _____ |
| | | DEPUTY CLERK |

## ORDER

Considering the foregoing *Ex Parte* Motion and Order for Extension of Time:

**IT IS HEREBY ORDERED** that defendant, The Travelers Indemnity Company of Connecticut, incorrectly identified as Travelers Indemnity Company of Connecticut, be and hereby is granted an extension of thirty (30) days from the date of service, until January 20, 2020, in which to file responsive pleadings in the above matter.

**THUS DONE AND SIGNED**, at Monroe, Louisiana, on this 6 day of January, 2020.

DANNY ELLENDER

_____
HON. DANIEL ELLENDER
JUDGE, FOURTH JUDICIAL DISTRICT COURT
DIVISION K - SECTION 4, CIVIL


*PLEASE SEND NOTICE OF SIGNING TO*
*ALL PARTIES AND COUNSEL OF RECORD*

CERTIFIED
TRUE COPY
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

2

319-883_1

FILED
JAN 0 6 2020
KATHY STEWART
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA.

| | |
|---|---|
| CONDREY LAND LLC AND WITTEN CONSTRUCTION LLC | * 4TH JUDICIAL DISTRICT COURT |
| | * |
| | * PARISH OF OUACHITA |
| VERSUS   C-20193475 | * |
| | * STATE OF LOUISIANA |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | * |
| | * |
| | * KATHY STEWART |
| FILED: JAN -3 2020 | * |
| _____ | _____ |
| | DEPUTY CLERK |

## REQUEST FOR NOTICE

**NOW INTO COURT,** through the undersigned counsel, comes defendant, The Travelers Indemnity Company of Connecticut ("Travelers"), incorrectly identified as Travelers Indemnity Company of Connecticut, who hereby requests written notice of the date of trial at least ten (10) days before the date fixed for trial and then (10) days-notice of all hearings, whether on the merits or otherwise. It is further requested that written notice of signing or rendition be provided for all orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, as provided by Louisiana Code of Civil Procedure articles 1572, 1913, and 1914.

Respectfully Submitted:

_____
Joseph P. Guichet, T.A., #24441
Stephen F. Butterfield, #35689
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: jguichet@lawla.com
sbutterfield@lawla.com

**ATTORNEYS FOR THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3d day of January, 2020, a copy of the foregoing has been served upon all counsel of record in this action by U.S. Mail, postage prepaid, electronic mail or facsimile.

_____
Joseph P. Guichet
Stephen F. Butterfield